**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF L.R., JR., MINOR CHILD | : No. 391 WAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: L.R., SR. NATURAL FATHER | : from the Order of the Superior Court |
| | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.